THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE LEE BARTINDALE, Appellant.— Judgment of the County Court of Rockland County, entered upon the defendant's plea of guilty, convicting him of the crime of sodomy, and order denying his motion to withdraw his plea of guilty and to reinstate his plea of not guilty, which motion was made after the judgment and subsequent to the beginning of the term of imprisonment, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID BELL, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the defendant of violating section 1140-a of the Penal Law, unanimously affirmed. In view of the determination in *People* v. *Vickers* (*post*, p. 841), decided herewith, the judgment of conviction is affirmed. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BISOGNI, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of robbery in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUKE G. LYNCH, JR., True Name LUKE GEORGE LYNCH, JR., Appellant.— Judgment of the County Court of Queens County, convicting defendant of the crime of grand larceny in the first degree, and orders, unanimously affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN MCGUIRE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of violating section 986 of the Penal Law (pool selling, book-making, bets and wagers, etc.), unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOAN VICKERS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the defendant of violating section 1140 of the Penal Law, unanimously affirmed. The testimony warranted a finding that certain parts of the dance were obscene and lewd and, therefore, the court properly found defendant guilty of a violation of section 1140 of the Penal Law. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.